MANDATE

SDNY/NY/NY
03-cv-6048
LYNCH

UNITED STATES COURT OF APPEALS
FILED
APR 17 2007
Thomas Asreen, Acting Clerk
SECOND CIRCUIT

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

C H A N

v.

T R I P L E  8  P A L A C E

Docket No. 07-0792-cv

## STIPULATION WITHDRAWING PREMATURE APPEAL

It appearing that the above appeal is premature because some claims are still pending in District Court, i.e., plaintiffs' claim for pre-judgment interest has not yet been adjudicated, and no separate document judgment has been entered, FRCP 54(b), and no certification has been granted, WHEREFORE,

The undersigned counsel for the parties hereby stipulate that the above-captioned appeal is hereby withdrawn without costs and without attorneys' fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure. This stipulation shall not preclude any appeal from a final judgment, i.e., adjudicating all the claims and the rights and liabilities of all the parties.

_Daniel A. Hochheiser / MB_
Attorney for Appellant   Daniel A. Hochheiser, LLP
                         Hochheiser & Hochheiser, LLP

_[signature]_
Attorney for Appellee
Mark S. Cheffo
4 Times Square

Counsel: Please print name and firm under signature.

Dated:

SO ORDERED:

FOR THE COURT
Thomas Asreen, Acting Clerk
By _Stanley A. Bass_
Stanley A. Bass, Staff Counsel

April 13, 2007

A TRUE COPY
Thomas W. Asreen, Acting Clerk

by _Tammy Martinez_
DEPUTY CLERK

CERTIFIED:
4-17-07